## CHRISTMAN *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 39, September Term, 1959.]

*Decided December 21, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Petitioner seeks leave to appeal from the denial of relief under the Post Conviction Procedure Act, Code (1959 Cum. Supp.), Art. 27, secs. 645A *et seq.*

For the reasons stated in the opinion of the lower court the application is denied.

*Application denied.*